UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:18-CR-374-2 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| LAMONT PAYNE, | ) | |
| Defendant | ) | |

ORDER ON COVID-19 BAIL DECISION
(Doc. 80)

In accordance with the accompanying Memorandum of this date, the Motion for Bail (Doc. 80) is DENIED.

Dated: May 12, 2020               BY THE COURT

                                  *s/William Arbuckle*
                                  William Arbuckle
                                  U.S. Magistrate Judge